UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-80835-MIDDLEBROOKS/Matthewman

MELANIE KOTLARSZ and
JOSH ALLEN DAVIS, individually
and on behalf of others similarly
situated,

    Plaintiffs,

v.

PLATINUM CHOICE HEALTHCARE,
LLC,

    Defendant.
_____/

<u>**ORDER CLOSING CASE**</u>

    THIS CAUSE comes before the Court upon the Parties' Joint Notice of Dismissal with Prejudice, filed on November 30, 2024. (DE 21). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

    **SIGNED** in Chambers in West Palm Beach, Florida, this ___ day of December, 2024.

Donald M. Middlebrooks
United States District Judge

CC: Counsel of Record